# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MCDAVID OYEKWE | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-886-S-BN |
| RESEARCH NOW GROUP, INC. a/k/a DYNATA, et al. | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 2, 2021.

_____
**UNITED STATES DISTRICT JUDGE**